JOHN F. CAVIN (Bar No. 88946)
STEVEN J. KAHN (Bar No. 234104)
Bardellini, Straw, Cavin & Bupp, LLP
2000 Crow Canyon Place, Suite 330
San Ramon, CA 94583
Telephone: 925.277.3580
Facsimile: 925.277.3591
Email: *jcavin@bscb.com*
*skahn@bscb.com*

Attorneys for Plaintiff
THOMAS J. KERRINS d.b.a.
SQUARE ONE REAL ESTATE & SQUARE ONE FINANCIAL

BRIAN D. HARRISON (Bar No. 157123)
VEENA A. MITCHELL (Bar No. 161153)
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635
Email: *brian.harrison@sedgwicklaw.com*
*veena.mitchell@sedgwicklaw.com*

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS J. KERRINS d.b.a. SQUARE ONE REAL ESTATE & SQUARE ONE FINANCIAL

Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY, and DOES 1 through 20, inclusive,

Defendants.

CASE NO. 4:13-cv-04266-EMC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON SCOTTSDALE INSURANCE COMPANY'S SUMMARY JUDGMENT MOTION AND CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 7-12, Plaintiff Thomas Kerrins d.b.a. Square One Real Estate & Square One Financial ("Kerrins") and Defendant Scottsdale Insurance Company ("Scottsdale"), through their respective attorneys of record, stipulate and request that the Court enter an order thereon, to continue the hearing on Scottsdale's summary judgment motion to May 29, 2014 (as well as continue the deadline for the opposition to such motion to May 15, 2014, and the deadline for the reply to such motion to May 22, 2014), and to continue the date for the further Case Management Conference to May 29, 2014. In support of this stipulation, the parties state as follows:

1. On December 12, 2013, following a Case Management Conference in this matter, the Court ordered as follows: "The case is referred to private mediation. Private mediation is to be completed after MSJ is filed but no later than 5/9/14. ... Defendant's motion for summary judgment shall be filed by 3/6/14. Opposition due 3/20/14. Reply due 3/27/14. Motion hearing and further CMC scheduled for 4/10/14 at 1:30 p.m. (subject to continuance if mediation is not completed.) An updated joint CMC statement shall be filed by 4/3/14." (ECF No. 19.)

2. On March 6, 2014, Scottsdale filed its motion for summary judgment, noticing the motion for hearing on April 10, 2014 at 1:30 p.m. (ECF Nos. 22 - 25.)

3. Kerrins and Scottsdale have agreed to mediate the present matter jointly with the mediation of the underlying action (*Gabriela Tatranska and Drahotin Tatransky v. Kerrins*, Alameda County Superior Court, Case No. RG10507103), with Craig S. Meredith, Esq. of JAMS San Francisco on April 30, 2014.

4. The parties wish to complete the mediation in this matter before a hearing is had on Scottsdale's summary judgment motion, and that any opposition to such motion and any reply in support of such motion be filed after the April 30, 2014 mediation is completed.

5. The first mutually agreeable date after the mediation for counsel for the parties for a hearing on Scottsdale's dispositive motion is May 29, 2014, whereby the opposition would be due on May 15, 2014, and the reply would be due on May 22, 2014.

THEREFORE, the parties respectfully request that the Court continue the hearing for

Scottsdale's summary judgment motion to May 29, 2014 at 1:30 p.m., or as soon thereafter as the matter may be heard, with the opposition deadline continued to May 15, 2014 and the reply deadline continued to May 22, 2014. The parties also respectfully request that the Court continue the further Case Management Conference to May 29, 2014 or to the date of the hearing on Scottsdale's summary judgment motion. An updated joint CMC statement shall be filed by May 22, 2014 or to a date one week prior to the further Case Management Conference.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

DATED: March 14, 2014 BARDELLINI, STRAW, CAVIN & BUPP, LLP

By: ______________________

John F. Cavin
Steven J. Kahn
Attorneys for Plaintiff
THOMAS J. KERRINS d.b.a. SQUARE ONE REAL ESTATE & SQUARE ONE FINANCIAL

DATED: March 14, 2014 SEDGWICK LLP

By: ______________________

Brian D. Harrison
Veena A. Mitchell
Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

Scottsdale's summary judgment motion to May 29, 2014 at 1:30 p.m., or as soon thereafter as the matter may be heard, with the opposition deadline continued to May 15, 2014 and the reply deadline continued to May 22, 2014. The parties also respectfully request that the Court continue the further Case Management Conference to May 29, 2014 or to the date of the hearing on Scottsdale's summary judgment motion. An updated joint CMC statement shall be filed by May 22, 2014 or to a date one week prior to the further Case Management Conference.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

DATED: March 14, 2014

BARDELLINI, STRAW, CAVIN & BUPP, LLP

By: ______________________
John F. Cavin
Steven J. Kahn
Attorneys for Plaintiff
THOMAS J. KERRINS d.b.a. SQUARE ONE REAL ESTATE & SQUARE ONE FINANCIAL

DATED: March 14, 2014

SEDGWICK LLP

By: ______________________
Brian D. Harrison
Veena A. Mitchell
Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED** that:

The hearing for Scottsdale Insurance Company's summary judgment motion is continued to May 29, 2014 at 1:30 p.m. The opposition to the motion is due on May 1~~5,~~1 2014. The reply is due on May ~~22~~8, 2014. The Case Management Conference is continued to May 29, 2014 at 1:30 p.m. An updated CMC Statement shall be filed by May 22, 2014.

IT IS SO ORDERED.

DATED: 3/17/14




HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE