1
JOHN F. CAVIN (Bar No. 88946)
STEVEN J. KAHN (Bar No. 234104)
2
Bardellini, Straw, Cavin & Bupp, LLP
2000 Crow Canyon Place, Suite 330
3
San Ramon, CA  94583
Telephone:     925.277.3580
4
Facsimile:     925.277.3591
Email:    *jcavin@bscb.com*
5
          *skahn@bscb.com*

6
Attorneys for Plaintiff
THOMAS J. KERRINS d.b.a.
7
SQUARE ONE REAL ESTATE & SQUARE ONE FINANCIAL

8
BRIAN D. HARRISON  (Bar No. 157123)
VEENA A. MITCHELL (Bar No. 161153)
9
Sedgwick LLP
333 Bush Street, 30th Floor
10
San Francisco, CA  94104-2834
Telephone:    415.781.7900
11
Facsimile:    415.781.2635
Email:    *brian.harrison@sedgwicklaw.com*
12
          *veena.mitchell@sedgwicklaw.com*

13
Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY
14

15
### IN THE UNITED STATES DISTRICT COURT

16
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18
THOMAS J. KERRINS d.b.a. SQUARE
ONE REAL ESTATE & SQUARE ONE
19
FINANCIAL

20
         Plaintiff,

21
    v.

22
SCOTTSDALE INSURANCE
COMPANY, and DOES 1 through 20,
23
inclusive,

24
         Defendants.

25

26

27

28

CASE NO.  3:13-cv-04266-EMC

STIPULATION AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE ON
SCOTTSDALE INSURANCE COMPANY'S
SUMMARY JUDGMENT MOTION

Pursuant to Civil Local Rule 7-12, Plaintiff Thomas Kerrins d.b.a. Square One Real Estate & Square One Financial ("Kerrins") and Defendant Scottsdale Insurance Company ("Scottsdale"), through their respective attorneys of record, stipulate and request that the Court enter an order thereon, to modify the briefing schedule for Scottsdale's summary judgment motion, set for hearing on May 29, 2014, as follows: (1) continue the deadline for the opposition to such motion to May 8, 2014; and (2) continue the deadline for the reply to such opposition to the motion to May 15, 2014.  In support of this stipulation, the parties state as follows:

1.     On December 12, 2013, following a Case Management Conference, the Court ordered as follows: "The case is referred to private mediation.  Private mediation is to be completed after MSJ is filed but no later than 5/9/14. … Defendant's motion for summary judgment shall be filed by 3/6/14.  Opposition due 3/20/14.  Reply due 3/27/14.  Motion hearing and further CMC scheduled for 4/10/14 at 1:30 p.m. (subject to continuance if mediation is not completed.) An updated joint CMC statement shall be filed by 4/3/14." (ECF No. 19.)

2.     On March 6, 2014, Scottsdale filed its summary judgment motion, noticing the motion for hearing on April 10, 2014 at 1:30 p.m.  (ECF Nos. 22 - 25.)

3.     Scottsdale and Kerrins subsequently stipulated to request that the Court continue the hearing on Scottsdale's summary judgment motion to May 29, 2014, and for extensions of time to oppose said motion and reply to said opposition.  On March 17, 2014, the Court ordered as follows: "The hearing for Scottsdale Insurance Company's summary judgment motion is continued to May 29, 2014 at 1:30 p.m.  The opposition to the motion is due on May 1, 2014. The reply is due on May 8, 2014.  The Case Management Conference is continued to May 29, 2014 at 1:30 p.m.  An updated CMC Statement shall be filed by May 22, 2014." (ECF No. 27.)

4.     Kerrins and Scottsdale also agreed to mediate the present matter jointly with the mediation of the underlying action (*Gabriela Tatranska and Drahotin Tatransky v. Kerrins*, Alameda County Superior Court, Case No. RG10507103), with Craig S. Meredith, Esq. of JAMS San Francisco on April 30, 2014.  At the mediation, the parties made some progress with respect a settlement proposal, but all parties have yet to respond to such proposal.

5.     Kerrins and Scottsdale have agreed it would be appropriate for Kerrins to have a

short extension to file his opposition to Scottsdale's summary judgment motion, and for Scottsdale to have a similar short extension to file its reply to Kerrins' opposition, while the parties await the responses by all parties to the pending proposal.  Such extensions would obviate the parties incurring further time and expense litigating Scottsdale's summary judgment motion if the proposal is approved.

THEREFORE, the parties respectfully request that the Court enter an order thereon, to modify the briefing schedule for Scottsdale's summary judgment motion, set for hearing on May 29, 2014, as follows: (1) continue the deadline for the opposition to such motion to May 8, 2014; and (2) continue the deadline for the reply to such opposition to the motion to May 15, 2014.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.


DATED:  May 1, 2014                     BARDELLINI, STRAW, CAVIN & BUPP, LLP


                                        By: _____
                                            John F. Cavin
                                            Steven J. Kahn
                                            Attorneys for Plaintiff
                                            THOMAS J. KERRINS d.b.a. SQUARE ONE
                                            REAL ESTATE & SQUARE ONE FINANCIAL


DATED:  May 1, 2014                     SEDGWICK LLP


                                        By: _____
                                            Brian D. Harrison
                                            Veena A. Mitchell
                                            Attorneys for Defendant
                                            SCOTTSDALE INSURANCE COMPANY

1   short extension to file his opposition to Scottsdale's summary judgment motion, and for

2   Scottsdale to have a similar short extension to file its reply to Kerrins' opposition, while the

3   parties await the responses by all parties to the pending proposal.  Such extensions would obviate

4   the parties incurring further time and expense litigating Scottsdale's summary judgment motion

5   if the proposal is approved.

6          THEREFORE, the parties respectfully request that the Court enter an order thereon, to

7   modify the briefing schedule for Scottsdale's summary judgment motion, set for hearing on May

8   29, 2014, as follows: (1) continue the deadline for the opposition to such motion to May 8, 2014;

9   and (2) continue the deadline for the reply to such opposition to the motion to May 15, 2014.

10         IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

11

12  DATED:  May 1, 2014              BARDELLINI, STRAW, CAVIN & BUPP, LLP

13

14                                  By: _____
                                        John F. Cavin
15                                      Steven J. Kahn
                                        Attorneys for Plaintiff
16                                      THOMAS J. KERRINS d.b.a. SQUARE ONE
                                        REAL ESTATE & SQUARE ONE FINANCIAL
17

18  DATED:  May 1, 2014              SEDGWICK LLP

19

20                                  By: _____
                                        Brian D. Harrison
21                                      Veena A. Mitchell
                                        Attorneys for Defendant
22                                      SCOTTSDALE INSURANCE COMPANY

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### <u>ORDER</u>

**PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED** that:

The briefing schedule for Scottsdale's summary judgment motion, set for hearing on May 29, 2014, as follows: (1) the deadline for the opposition to such motion is continued to May 8, 2014; and (2) the deadline for the reply to such opposition to the motion is continued to May 15, 2014.

IT IS SO ORDERED.

DATED:     5/1/14



H_____ CHEN
U_____ JUDGE