JOHN F. CAVIN (Bar No. 88946)
STEVEN J. KAHN (Bar No. 234104)
Bardellini, Straw, Cavin & Bupp, LLP
2000 Crow Canyon Place, Suite 330
San Ramon, CA  94583
Telephone:     925.277.3580
Facsimile:      925.277.3591
Email:   *jcavin@bscb.com*
           *skahn@bscb.com*

Attorneys for Plaintiff
THOMAS J. KERRINS d.b.a.
SQUARE ONE REAL ESTATE & SQUARE ONE FINANCIAL

BRIAN D. HARRISON  (Bar No. 157123)
VEENA A. MITCHELL (Bar No. 161153)
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     415.781.7900
Facsimile:      415.781.2635
Email:   *brian.harrison@sedgwicklaw.com*
           *veena.mitchell@sedgwicklaw.com*

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. KERRINS d.b.a. SQUARE ONE REAL ESTATE & SQUARE ONE FINANCIAL,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.  3:13-cv-04266-EMC<br><br>JOINT NOT ICE OF SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER ;  ORDER |

## NOTICE OF SETTLEMENT

Plaintiff THOMAS J. KERRINS d.b.a. SQUARE ONE REAL ESTATE & SQUARE ONE FINANCIAL ("Kerrins"), and Defendant SCOTTSDALE INSURANCE COMPANY ("Scottsdale") (collectively "the Parties"), by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter.

The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the Parties have performed their duties under the settlement, which is estimated to be completed within sixty (60) days.  Thereafter, Kerrins will file a request for dismissal with prejudice.

DATED:  May 2, 2014                    BARDELLINI, STRAW, CAVIN & BUPP, LLP

                                       By:   \S\ Steven J. Kahn
                                             John F. Cavin
                                             Steven J. Kahn
                                             Attorneys for Plaintiff
                                             THOMAS J. KERRINS d.b.a. SQUARE ONE
                                             REAL ESTATE & SQUARE ONE FINANCIAL

DATED:  May 2, 2014                    SEDGWICK LLP

                                       By:   \S\ Veena A. Mitchell
                                             Brian D. Harrison
                                             Veena A. Mitchell
                                             Attorneys for Defendant
                                             SCOTTSDALE INSURANCE COMPANY

## ORDER

Pursuant to the foregoing Stipulation, good cause appearing, all due dates and hearings in the above-entitled matter are hereby vacated and the Court will retain jurisdiction over this case for __60__ days' time to allow for the Parties to perform their duties under the settlement.

**IT IS SO ORDERED.** The case management conference is reset from 5/29/14 to 7/10/14 at 9:30 a.m.  A joint CMC statement shall be filed by 7/3/14.

DATED: May __6__, 2014

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen