JOHN F. CAVIN (Bar No. 88946)
STEVEN J. KAHN (Bar No. 234104)
Bardellini, Straw, Cavin & Bupp, LLP
2000 Crow Canyon Place, Suite 330
San Ramon, CA  94583
Telephone:      925.277.3580
Facsimile:       925.277.3591
Email:    *jcavin@bscb.com*
              *skahn@bscb.com*

Attorneys for Plaintiff
THOMAS J. KERRINS d.b.a.
SQUARE ONE REAL ESTATE & SQUARE ONE FINANCIAL

BRIAN D. HARRISON  (Bar No. 157123)
VEENA A. MITCHELL (Bar No. 161153)
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:      415.781.7900
Facsimile:       415.781.2635
Email:    *brian.harrison@sedgwicklaw.com*
              *veena.mitchell@sedgwicklaw.com*

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. KERRINS d.b.a. SQUARE ONE REAL ESTATE & SQUARE ONE FINANCIAL<br><br>             Plaintiff,<br><br>       v.<br><br>SCOTTSDALE INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>             Defendants. | CASE NO.  4:13-cv-04266-EMC<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY
2  STIPULATED AND AGREED**, by and between Plaintiff Thomas Kerrins d.b.a. Square One
3  Real Estate & Square One Financial ("Kerrins") and Defendant Scottsdale Insurance Company
4  ("Scottsdale"), through their undersigned counsel, that the claims and counts by Kerrins against
5  Scottsdale in the above-captioned action are dismissed with prejudice, and without costs or
6  attorneys' fees to either party.

DATED:  June 2, 2014                    BARDELLINI, STRAW, CAVIN & BUPP, LLP

                                        By:  \S\
                                             John F. Cavin
                                             Attorneys for Plaintiff
                                             THOMAS J. KERRINS d.b.a. SQUARE ONE
                                             REAL ESTATE & SQUARE ONE FINANCIAL

DATED:  June 2, 2014                    SEDGWICK LLP

                                        By:  \S\
                                             Brian D. Harrison
                                             Attorneys for Defendant
                                             SCOTTSDALE INSURANCE COMPANY

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]